JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3693
    Facsimile: (510) 637-3724
    E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States of America

**FILED**

DEC 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN COBURN,<br><br>    Defendant. | No. CR-01-40097 WDB<br><br>UNITED STATES' MOTION TO DISMISS DEFENDANT JOHN COBURN FROM INFORMATION AND [~~PROPOSED~~] ORDER |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss Defendant John Coburn from the above-captioned information without prejudice.

DATED: December 22, 2009

                              Respectfully Submitted,

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                              /s/ WMR

                              WADE M. RHYNE
                              Assistant United States Attorney

[handwritten: cc: Stats, Copy to parties via ECF, Pret-Svcs., US Marshal]

MOTION TO DISMISS
CR-05-00469 WDB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss Defendant John Coburn from the information in case number CR-01-40097 WDB without prejudice.

DATED: 12/22/09

HON. TIMOTHY J. BOMMER
United States Magistrate Judge